OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

February 23, 2026

Mark E. Coyne, Esq.
Office of United States Attorney
970 Broad Street
Room 700
Newark, NJ 07102

RE: USA v. Christopher Johnston, et al
Case Number: 26-1373
District Court Case Number: 1:20-cr-00800-001
District Court Case Number: 1:20-cr-00800-002

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

Enclosed is case opening information regarding the above-captioned appeal by the United States of America and docketed at No. **26-1373**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Counsel for Appellant**

As Counsel for Appellant, you must file:
1. Appearance Form
2. Criminal Appeal Information Statement (original+1); and
3. Transcript Purchase Order Form.
These forms must be filed on or before **03/09/2026**.

**Counsel for Appellee**

Trial counsel whether retained or appointed, is required to continue on appeal unless relieved by order of this Court. 3rd Cir. LAR Misc. 109.1.A

As Counsel for Appellee, you must file:
1. Application for Admission (if applicable); and
2. Appearance Form
These forms must be filed on or before **03/09/2026**.

Failure of counsel to comply with any of these requirements by the deadline may result in the imposition of sanctions by the Court. 3rd Cir. LAR Misc. 107.2.

Attached is a copy of the full caption in this matter as it is titled in the District Court. Please review this caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Alicia
Case Manager
267-299-4948

Cc: Marc A. Agnifilo, Esq.
Anne M. Collart, Esq.
David I. Gelfand, Esq.
Lawrence S. Lustberg, Esq.
Andrew Marino, Esq.