UNITED STATES OF AMERICA,

Appellant

v.

CHRISTOPHER KYLE JOHNSTON; TRENT BROCKMEIER