UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Hon. Edward S. Kiel, U.S.D.J. |
| | : | |
| v. | : | Crim. No. 20-800 (ESK) |
| | : | |
| CHRISTOPHER KYLE JOHNSTON and | : | **Notice of Appeal** |
| TRENT BROCKMEIER, | : | |
| Defendants. | : | |

Notice is hereby given that, pursuant to 18 U.S.C. § 3731 and 28 U.S.C. § 1291, the United States of America appeals to the United States Court of Appeals for the Third Circuit from the District Court's opinion entered on January 16, 2026 [Docket Entry 373], and judgment of acquittal entered on February 3, 2026 [Docket Entry 374], vacating the jury's verdict and conditionally granting a new trial as to Counts 1, 2, and 4 of the Indictment.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff to the Deputy Attorney General
Associate Deputy Attorney General
Special Attorney

By: Mark E. Coyne
Supervisory Assistant U.S. Attorney
Chief, Appeals Division

February 17, 2026
Newark, New Jersey

## CERTIFICATION OF SERVICE

I hereby certify that on February 17, 2026, I caused a copy of the attached Notice of Appeal to be served electronically, using the Court's ECF System, by Notice of Electronic Filing on the following Filing Users:

Lawrence S. Lustberg, Esq.
llustberg@fbtgibbons.com

Marc Agnifilo, Esq.
marc@agilawgroup.com

Mark E. Coyne
Chief, Appeals Division

Dated: February 17, 2026