**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

April 1, 2026

Mark E. Coyne, Esq.
Office of United States Attorney
970 Broad Street
Room 700
Newark, NJ 07102

John F. Romano, Esq.
Office of United States Attorney
970 Broad Street
Room 700
Newark, NJ 07102

RE: USA v. Christopher Johnston, et al
Case Number: 26-1373
District Court Case Number: 1:20-cr-00800-001
District Court Case Number: 1:20-cr-00800-002

Dear Counsel:

Pursuant to our docketing letter dated **February 23, 2026**, you were requested electronically file or complete the following in the above-entitled case:

**Information Statement; Transcript Purchase Order Form**

**It is noted that, where applicable, parties must enter an appearance and comply with 3rd Cir. LAR 31.2 which provides:** A local, state or federal entity or agency, which was served in the district court and which is the appellee, must file a brief in all cases in which a briefing schedule is issued unless the court has granted a motion seeking permission to be excused from filing a brief. The rule does not apply to entities or agencies that are respondents to a petition for review unless the entity or agency is the sole respondent or to entities or agencies which acted solely as an

adjudicatory tribunal.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: April 1, 2026

Amr/cc: Marc A. Agnifilo, Esq.
Anne M. Collart, Esq.
Lawrence S. Lustberg, Esq.
Andrew Marino, Esq.