# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-1373

USA v. Christopher Johnston, et al

(District Court No. 1:20-cr-00800-002)

## TRANSCRIPT SCHEDULING ORDER

TO: Ann Marie Mitchell, Court Reporter

The Transcript Purchase Order Form was received on 04/15/2026. Accordingly, Ann Marie Mitchell is hereby directed to file the transcripts on or before **05/19/2026**.

In the event the ordering party has not made the requisite financial arrangements for the transcripts, the court reporter must immediately advise the Clerk in writing.

**For questions, please contact Alicia at 267-299-4948.**

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date: April 16, 2026

Amr/cc: Marc A. Agnifilo Esq.
Anne M. Collart Esq.
Mark E. Coyne Esq.
Lawrence S. Lustberg Esq.
Andrew Marino Esq.
Camille Pedano
John F. Romano Esq.

# TRANSCRIPT PURCHASE ORDER
### For Third Circuit Court of Appeals

| | |
|---|---|
| District Court  New Jersey | Court of Appeals Docket No. 26-1373 |
| | District Court Docket No.  20-cr-800 |

Short Case Title  USA v. Christopher Johnston, et al.

Date Notice of Appeal Filed by Clerk of District Court  2/17/2026

---

**Part 1.** (To be completed by party responsible for ordering transcript)

NOTE: A SEPRATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**A.** Complete one of the following and serve ALL COPIES:

TRANSCRIPT:

- ☐ None
- ☐ Unnecessary for appeal purposes.
- ☐ Already on file in the District.Court. Clerk's office.
- ☒ This is to order a transcript of the proceedings heard on the date listed below from  Ann Marie Mitchell  (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

Status Conference 1/15/2025 & Video Proceedings 10/22/2025

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

- ☐ Voir dire;
- ☐ Opening statemen of plaintiff
- ☐ defendant
- ☐ Closing argument of plaintiff
- ☐ defendant
- ☐ Jury instructions
- ☐ Sentencing Hearings

<span style="color:red">FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.</span>

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.  The method of payment will be:

- ☐ Criminal Justice Act (Attach copy of CJA form 24)
- ☐ Motion for transcript has been submitted to District Court Judge
- ☒ Private Funds

| | | | |
|---|---|---|---|
| Signature | s/Mark E. Coyne | Date | 4/15/2025 |
| Print Name | Mark E. Coyne | Counsel for | United States of America |
| Address | 970 Broad Street Suite 700 Newark, NJ 07102 | Telephone | 973-297-2002 |

---

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the  Court of Appeals on the same day transcript order is received.)

| Date  transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| 4/16/26 | 5/19/26    There were no proceedings on 10/22/25 | 15 |

- ☑ Arrangements for payment were made on  4/17/26
- ☐ Arrangements for payment have not been made pursuant to FRAP 10(b)

| | | |
|---|---|---|
| 4/28/26 | Ann Marie Mitchell | 856.576.7018 |
| Date | (Name of Court Reporter) | Telephone |

---

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

_____    _____
Date    Signature of Court Reporter

# INSTRUCTIONS FOR COMPLETING
# TRANSCRIPT PURCHASE ORDER

*GENERAL INSTRUCTIONS*

*PLEASE NOTE CAREFULLY:*
*A TRANSCRIPT PURCHASE ORDER FORM MUST BE FILED WITH THE CLERK OF THIS COURT REGARDLESS OF WHETHER THERE ARE TRANSCRIPTS TO BE ORDERED, ALREADY ON FILE, OR OTHERWISE UNNECESSARY FOR APPEAL PURPOSES. CHECK APPROPRIATE BLOCK IN PART 1.A.*

*A SEPARATE TRANSCRIPT PURCHASE ORDER FORM IS TO BE COMPLETED FOR EACH COURT REPORTER IN A CASE. THE NAME OF THE COURT REPORTER IS TO BE LISTED ON THE APPROPRIATE LINE UNDER PART 1 .A.*

### *INSTRUCTIONS FOR ANYONE FILING A NOTICE OF APPEAL*

*YOU HAVE TEN (10) DAYS   AFTER FILING YOUR NOTICE OF APPEAL   TO COMPLETE THIS FORM BY DOING THE FOLLOWING:*

A. Complete Part I.
B. Contact each court reporter involved in reporting the proceedings to make arrangements for payment
C. Send a Copy to each court reporter.
D. Send a Copy to:
   U.S. Court of Appeals for the Third Circuit 601 Market Street, Room 21400 Philadelphia, PA 19106-1790
E. File a Copy with the District Court.
F. Send a Copy to appellee(s). Make additional copies if necessary.
G. Retain a Copy for your files.
H. If no transcripts are being ordered, there are none or are already on file then no copies are sent to court reporters. The other copies are to be distributed as outlined above.

SHOULD SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING NECESSARY FINANCIAL ARRANGEMENTS, NOT BE MADE WITHIN TEN DAYS (10) AFTER FILING YOUR NOTICE OF APPEAL, YOUR APPEAL CAN BE DISMISSED.

## PLEASE NOTE THAT IN FORMA PAUPERIS DOES NOT PROVIDE FREE TRANSCRIPTS.

If you have further questions, contact the Clerk's Office, U.S. Court of Appeals for the Third Circuit at (215) 597-2995, or your Case Manager.